**Order filed November 30, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00589-CV
_____

**SYLVIA COOKE, Appellant**

**V.**

**RACHEL BAIER, Appellee**

**On Appeal from County Court at Law No 2**
**Galveston County, Texas**
**Trial Court Cause No. CV-0087510**

## ORDER

This appeal is from a judgment signed March 30, 2021. The notice of appeal was filed October 15, 2021. It appears the notice of appeal is untimely, but we are unable to make that determination because the clerk's record has not been filed. We received notice from the clerk's office that appellant has not designated a clerk's record[1] and the notice does not reflect appellant has made arrangements to

_____

[1]We note that Tex. R. App. P. 34.5 sets forth the items to be included in the clerk's record absent a designation.

pay for the clerk's record.[2] Appellant has filed a motion to extend time to file the notice of appeal, which cannot be determined in the absence of any clerk's record. Accordingly, we enter the following order.

The Galveston County District Clerk is directed to file a clerk's record on or before December 3, 2021, containing (1) the court's judgment; (2) any request for findings of fact and conclusions of law, any post-judgment motion, and the court's order on the motion; and (3) the notice of appeal.


PER CURIAM


Panel Consists of Justices Jewell, Bourliot, and Poissant.

---

[2] An appeal is subject to dismissal for failure to arrange payment for the clerk's record. *See* Tex. R. App. P. 35.3(c), 37.3(b).